# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALL SUMMERS** | **CIVIL ACTION** |
| **VERSUS** | |
| **STATE OF LOUISIANA, ET AL** | **NUMBER 15-117-JWD-SCR** |

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated April 2, 2015, to which an objection was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed pursuant to 28 U.S.C.§1915(e)(2)(B)(ii) and (iii) and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendants consistent with the facts alleged in his complaint.

Signed in Baton Rouge, Louisiana, on <u>April 15, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**